STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KENNETH CHAMBERS  (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    Kenneth.chambers@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NEITAN ERAZO-RAMOS, <br><br> Defendant. | CASE NO: CR 3:21-MJ-71610-MAG <br><br> UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL COMPLAINT, ARREST WARRANT, MOTION TO SEAL, AND SEALING ORDER |

    The United States, through undersigned counsel, respectfully moves this Court to unseal the Complaint, arrest warrant, Motion to Seal, and Sealing Order in the above-captioned matter. The defendant has been arrested and made his initial appearance before the court, and therefore, it is no longer necessary for the documents to be sealed.

//

//

//

//

//

MOTION TO UNSEAL

DATED: October 20, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
KENNETH CHAMBERS
Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY orders that the Complaint, arrest warrant, Motion to Seal and Sealing Order in the above-captioned matter be unsealed.

IT IS SO ORDERED

DATED: October \_\_\_, 2021

_____
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE