**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | RE: | Moises NAVAS |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:21-CR-00415-CRB-1 |
| Date: | April 2, 2025 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Ana Mendoza                                     (510) 637-3752

Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom E, 15th Floor, on April 10, 2025 at 9:30 am., before Magistrate Judge Thomas S. Hixson.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

*[Signature]*                                    April 2, 2025
Honorable Thomas S. Hixson                **DATE**
United States Magistrate Judge