PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3918
   FAX: (510) 637-3724
   ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 21-CR-415 CRB |
|---|---|
| Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE PRETRIAL DEADLINES |
| v. | |
| MOISES NAVAS, | |
| Defendant. | |

The above captioned matter is set for a jury trial beginning on August 25, 2025. Jury selection is set for August 21, 2025. The parties have conferred, and agree that a final pretrial conference be set on August 20, 2025 at 2:30 p.m.

The parties hereby stipulate and respectfully request that Court enter the following dates and pretrial deadlines in this matter:

| Deadline | Date |
|---|---|
| Expert Notification | June 20, 2025 |
| CI Material Disclosure | |
| Motions *in Limine* | July 24, 2025 |
| Witness Lists | |
| Exhibit Lists | |
| Oppositions to Motions *in Limine* | July 31, 2025 |
| Trial Briefs | |

JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE PRETRIAL DEADLINES
21-CR-415 CRB

| | |
|---|---|
| Proposed Jury Instructions | August 12, 2025 |
| Proposed Additional Voir Dire Questions | |
| Proposed Jury Questionnaire | |
| Stipulations of Fact | |
| Joint Pretrial Conference Statement | |
| Proposed Verdict Form | |
| Submission / Exchange of Trial Exhibits [Electronic] | August 20, 2025 |
| Pretrial Conference | August 20, 2025, at 2:00pm |
| Jury Selection | August 21, 2025, at 9:15am |
| Trial | August 25, 2025, at 9:15am |

The undersigned Assistant United States Attorney has obtained approval from counsel for defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  May 9, 2025

                                                                  Respectfully submitted,

                                                                  PATRICK D. ROBBINS

                                                                  _____/s/_____
                                                                  IVANA DJAK
                                                                  Assistant United States Attorney

                                                                  _____/s/_____
                                                                  ELIZABETH FALK
                                                                  Counsel for Moises Navas

**[~~PROPOSED~~] ORDER**

The jury trial is this matter is set for August 25, 2025. The final pretrial conference is hereby set for August 20, 2025 at ~~1:30 p.m.~~ 2:00 p.m. The pretrial deadlines and dates, as reflected in the table in the parties' stipulation above, are adopted in this matter.

**IT IS SO ORDERED**.

Dated:   May 12, 2025

By: _____
CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE PRETRIAL DEADLINES
21-CR-415 CRB