JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        elizabeth_falk@fd.org


Counsel for Defendant NAVAS


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 21-415 CRB |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS REGARDING SENTENCING** |
| v. | |
| MOISES NAVAS, | |
| Defendant. | |

The above captioned matter is set for a status conference on February 11, 2026. The CAP Focus Assessment has not yet been completed, and therefore, the parties agree that the matter be continued to March 25, 2026 at 1:30 p.m.

\\

\\

\\

\\

MOTION AND [~~PROPOSED~~] ORDER
*NAVAS*, CR 21-415 CRB

IT IS SO STIPULATED.

February 10, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
ELIZABETH FALK
Assistant Federal Public Defender

February 10, 2026
Dated

CRAIG MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
IVANA DJAK
Assistant United States Attorney

IT IS SO ORDERED.

February 12, 2026
Dated

CHARLES R. BREYER
Senior United States District Judge

MOTION AND [PROPOSED] ORDER
*NAVAS*, CR 21-415 CRB