## PROPOSED ORDER/COVER SHEET

TO:     **Honorable Charles R. Breyer**        RE:   **Moises Navas**
        **Senior United States District Judge**

FROM:   **Silvio Lugo, Chief**                 Docket No.:    **3:21-cr-00415-CRB-1**
        **U.S. Pretrial Services Officer**

Date:   **4/8/26**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Gustavo Rangel                                (408) 535-5226

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒   Modification(s)

    **A.**     The Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
    **B.**

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____        April 13, 2026 _____
**JUDICIAL OFFICER**                    **DATE**